FILED
 2018 May-11  PM 03:32
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DOROTHY NELSON, individually, )<br>and as the Administrator Ad Litem )<br>of the ESTATE OF RANDY )<br>NELSON, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>GREGG LOTT, et al., )<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendants. ) | CASE NO. 5:18-cv-00059-HNJ |

### EVIDENTIARY SUBMISSION IN SUPPORT OF
### MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendants Gregg Lott, Dusty Meadows and the City of Athens, Alabama submit the following evidentiary materials in support of their motion to dismiss plaintiff's second amended complaint:

1.　**Dusty Meadows Bodycam video.** This evidence was conventionally filed in support of the Motion to Dismiss plaintiff's First Amended Complaint on April 13, 2018, using a thumb drive (Doc. 25). The Court may consider this video in connection with this motion to dismiss without converting the motion to a motion for summary judgment. See, e.g., <u>Arthur v. Thomas</u>, 674 F.3d 1257, 1265 (11th Cir. 2012) (collecting Eleventh Circuit authority holding that exhibits attached to complaint are properly considered when adjudicating a motion filed pursuant to Fed.

R. Civ. P. 12(b)(6)); see also Butters v. James Madison Univ., 145 F. Supp. 3d 610, 617 (W.D. Va. 2015) ("Clearly, the court may consider the sealed video attached to the complaint without converting the motion to dismiss into a summary judgment motion.") (citing Fed. R. Civ. P. 10(c) ("A copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes.")).

2. **Alabama Department of Forensic Sciences Report of Autopsy, dated February 9, 2016 [filed under seal pursuant to Doc. 44].** Because the complaint references and discusses the autopsy report, this Court is entitled to consider that document at the Rule 12(b)(6) stage. See Brooks v. Blue Cross and Blue Shield of Florida, Inc., 116 F.3d 1364, 1369 (11th Cir. 1997) (noting that the court may consider the full text of documents referenced in, or central to, the allegations of the complaint without converting a motion to dismiss into a motion for summary judgment).

        s/ David J. Canupp
        David J. Canupp

        s/ Lauren A. Smith
        Lauren A. Smith

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087

2101 West Clinton Avenue,  Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail:  djc@LanierFord.com & las@LanierFord.com

Attorneys for Defendants Gregg Lott, Dusty Meadows
and the City of Athens, Alabama

CERTIFICATE OF SERVICE

    I certify that I have filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

    Martin E Weinberg
    MARTIN WEINBERG, PC
    P.O. Box 154
    Shannon, AL 35142
    205-785-5575
    Fax: 205-787-4905
    Email: attorneyweinberg@bellsouth.net

    Devon M. Jacob
    Jacob Litigation
    P.O. Box 837
    Mechanicsburg, PA 17055-0837
    717-796-7733
    Email:  djacob@jacoblitigation.com

    Daniel F. Beasley
    Jeffrey T. Kelly
    LANIER FORD SHAVER & PAYNE
    P O Box 2087
    Huntsville, AL 35804
    256-535-1100
    Fax: 256-533-9322
    Email: dbeasley@lfsp.com
    Email: jtk@lanierford.com

on this the 11th day of May, 2018.

                                                s/ David J. Canupp
                                                David J. Canupp

EXHIBIT 1 - DUSTY MEADOWS BODYCAM VIDEO
Conventionally filed on April 13, 2018, using a thumb drive (Doc. 25)

EXHIBIT 2 - Alabama Department of Forensic Sciences
Report of Autopsy, dated February 9, 2016 (filed under seal)